```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>JOHN T. BLOMQUIST,               )<br>                                 )<br>          Defendant.             )<br>_____) | Cr. No. S-10-00228 GGH<br><br>Stipulation to Continue<br>Briefing Schedule and Hearing<br>and Order<br><br>Date: August 30, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Gregory G. Hollows |

It is hereby stipulated and agreed between the United States and the defendant, JOHN T. BLOMQUIST, by and through his undersigned counsel, that the previously scheduled trial confirmation hearing date of August 30, 2010, and jury trial set for September 10, 2010, be vacated and a trial confirmation hearing be set for November 1, 2010, at 2:00 p.m. with a jury trial of November 30, 2010, at 9:00 a.m.

This continuance is requested in order for the parties to continue negotiations and resolve this matter.

The parties agree that time may be excluded from August 26, 2010, to November 30, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), also known as Local Code T4,

1

reasonable time to prepare.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

DATED: August 26, 2010               BENJAMIN B. WAGNER
                                     United States Attorney


                              By:    /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant U.S. Attorney


DATED: August 27, 2010


                              By:    /s/ Lauren Cusick
                                     LAUREN CUSICK
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     JOHN T. BLOMQUIST


O R D E R

IT IS SO ORDERED:

DATED: August 30, 2010

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

blomquist.ord

2