```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant United States Order
 3  CATHERINE R. CHYI
    Certified Law Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT FOR THE

 9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      ) Cr. No. S-10-228 GGH
                                   )
13              Plaintiff,         ) STIPULATION AND ORDER TO VACATE
                                   ) JURY TRIAL AND SET FOR CHANGE OF
14       v.                        ) PLEA
                                   )
15  JOHN BLOMQUIST,                ) Date:  December 7, 2010
                                   ) Time:  2:00 P.M.
16              Defendant.         ) Judge: Hon. Gregory G. Hollows
                                   )
17  _____  )

18       It is hereby stipulated and agreed to between the United States of

19  America through Matthew C. Stegman, Assistant U.S. Attorney, and

20  defendant, John Blomquist, by and through his counsel, Linda Harter,

21  Chief Assistant Federal Defender, that the Jury Trial set for Monday,

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///
```

November 30, 2010, at 9:00 A.M. be vacated and that this matter be set for a Change of Plea for Monday, December 7, 2010, at 2:00 P.M.

The parties agree that time may continue to be excluded through the Change of Plea of December 7, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv), also known as Local Code T4, also known as Local Code T4, reasonable time to prepare.

DATED: November 18, 2010        BENJAMIN B. WAGNER
United States Attorney

By: Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant U.S. Attorney

DATED: November 16, 2010        DANIEL J. BRODERICK
Federal Defender

By: /s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
John Blomquist

**O R D E R**

**IT IS SO ORDERED.**

DATED: December 1, 2010      /s/ Gregory G. Hollows
nunc pro tunc

United States Magistrate Judge