HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
JOHN T. BLOOMQUIST

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN T. BLOOMQUIST,<br><br>    Defendants. | Case No:  2:10-cr-00228-KJN<br><br>**STIPULATION AND ORDER TO DISMISS ORIGINAL AND SUPERSEDING PETITIONS TO VIOLATE SUPERVISION AND TO LIFT THE DETAINER**<br><br>Date:<br>Time:<br>Judge: Kendall J. Newman |

### I.   BACKGROUND

Mr. Bloomquist wrote a series of bad checks at the base exchange at Travis AFB in 2009.  An Information was filed charging him with multiple class A misdemeanor violations of 18 USC §641 (one for each check).  He subsequently pled and was sentenced to 4 months BOP custody with 1 year of Supervised Release to follow.  Supervision commenced after he was released in December of 2011.  He did poorly on supervision, he absconded and petition to revoke his supervision was filed in early 2012.  A subsequent Superseding Petition was filed on February 16, 2016 and a detainer was placed on him due to the warrant relating to these petitions.

He was convicted of multiple sex crimes involving a minor in in 2014.  Those crimes took place in Agawam, Massachusetts in 2012.  He was sentenced to 10-12 years and has been in prison in Massachusetts since 2013.  He is scheduled to be released later this month.

The parties conferred and spoke with probation. Two options were discussed. First, we contemplated transferring jurisdiction to Massachusetts federal court and having him appear and deal with the Petition there rather than having him transported out to the Eastern District.[1] The probation officer looked into the situation and discovered that as long as the federal detainer is pending, the state authorities will not prepare a reentry plan in Massachusetts.[2]

When Mr. Bloomquist is eventually released, he will be required to register as a sex offender in Massachusetts and will have strict conditions of supervision due to the nature of his state conviction. It would be preferable for him to have an orderly transition from the Department of Corrections in Massachusetts to supervision in Amherst, Massachusetts. We (the AFD, the AUSA and Shannon Morehouse from US Probation) came to the conclusion that the second option of simply dismissing the petition and getting the detainer lifted made more sense. Mr. Bloomquist has served nearly the last 10 years in custody, he will have strict supervision in Massachusetts for at least the next 5 years. It did not make any sense to have him detained and transported to federal court for a few months of additional custody when he then might be released from anywhere in the country (depending on where he was placed with BOP). We believe it makes more sense, in this particular case, for there to be an orderly transition from imprisonment to supervision in Massachusetts. Lastly, the parties agree that given he will be under sex offender supervision in Massachusetts, there is no reason to continue federal supervision.

## II. REQUEST

The parties, with the agreement of US Probation, jointly request that the Petitions to revoke Supervision filed on March 23, 2012 and February 16, 2016 be withdrawn/dismissed, that the federal detainer placed on Mr. Bloomquist with the Department of Corrections in Massachusetts be lifted and that his term of supervised release in this case be terminated.

---

[1] Other than this case Mr. Bloomquist has no connection to this district. He has no family here, no place to live and no other reason to be here.

[2] This option would also be dependent of the willingness of the probation office in the district of Massachusetts being willing to accept the transfer, on a misdemeanor, of a defendant who is also a convicted sex offender.

| | | |
|---|---|---|
| 1 | Dated: August 4, 2022 | HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | /s/ *Linda C. Allison* |
| | | LINDA C. ALLISON<br>Assistant Federal Defender<br>Attorney for John T. Bloomquist |
| | | |
| | Dated: August 4, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | | |
| | | /s/ *Heiko Coppola*<br>HEIKO COPPOLA<br>Assistant United States Attorneys |

# **O R D E R**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

The original and superseding violation petitions shall be dismissed, the term of supervised release shall be terminated and the USMS is directed to lift the detainer.

IT IS SO ORDERED.

Dated:  August 8, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE